## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

GTS Transportation Corporation, et al.

                                        Plaintiff,

v.                                                  Case No.: 1:24–cv–01633
                                                    Honorable Mary M. Rowland

Team Line, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. The parties report that Defendants have paid the installment of the settlement agreement that was due on 7/1/26. Plaintiffs orally moved to voluntarily dismiss this action without prejudice with leave to reinstate the case by 4/1/2027. Plaintiffs' oral motion is granted, and this case is dismissed without prejudice. This dismissal will convert to one with prejudice on 4/1/2027. Plaintiffs' motion [192] to enforce the settlement and for judgment is denied as moot. Civil case terminated. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.